**Order entered June 2, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00618-CV

**IN RE PB DEWBERRY, DEWBERRY COMPANIES, LC, DEWBERRY ARCHITECTS, INC., DEWBERRY CONSULTANTS, DEWBERRY ENGINEERS, AND PARSONS BRINKERHOFF, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14844**

## ORDER

Before the Court is relators' May 31, 2016 petition for writ of mandamus. The Court requests that real party in interest, TMV, LLC d/b/a/ Triune, and respondent file their responses to the petition, if any, on or before June 14, 2016.

/s/    ROBERT M. FILLMORE
       JUSTICE